

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA           PLAINTIFF

v.           NO. 4:14CR00010-16 JLH

WILLIE A. TENSLEY           DEFENDANT

## ORDER

Court convened for a scheduled change of plea hearing in this matter on this date. During the course of the hearing, the Court was informed that defendant's true name is Willie A. Tensley. Therefore, the Clerk is directed to take the appropriate steps to reflect that defendant's correct name is Willie A. Tensley.

IT IS SO ORDERED this 10th day of August, 2015.

          _____
          J. LEON HOLMES
          UNITED STATES DISTRICT JUDGE